DATE _____ June 29, 2010 _____     CASE NUMBER _____ 1:10-cr-70-16(RC)
LOCATION __Beaumont_____
JUDGE _____Keith F. Giblin_____     USA _____Michelle Englade_____  Assigned
DEPUTY CLERK __Kyla Dean_____      VS _____Michelle Englade_____  Appeared
RPTR/ECRO___Chris Bickham_____
USPO___Ashley Powell_____      ALDO ALBER MALONADO-HERRERA _____
INTERPRETER _____     _____
BEGIN _____7:57 pm_____       Defendant

☐ consent to proceed via video conf.         _____
                                             Attorney

---

✔ . . . . . INITIAL APPEARANCE   ☐ . . REMOVAL HRG     ☐ . . ATTORNEY APPOINTMENT HEARING

   ☐ . . . . SUBSEQUENT INIT APPEARANCE ON:___Indictment_____

      ☐ . . . . DETENTION HRG        ☐ . . . . EVIDENTIARY HRG   ☐ . . . . BOND HRG

      ☐ other_____

---

✔     Hearing Held                ☐ Hearing Called
☐ Dft ☐ Prob violator ☐ Super Rel violator  appears:  ☐ with   ✔ w/o cnsl  ☐ pro se  ☐ Cnsl appears on behalf of deft

Appears on:  ☐ Complaint  ✔ Indictment  ☐ Information  ☐ Violation of probation   ☐ Supervised Release Violation

---

☐      Dft files Waiver of Indictment;      ☐ Dft advised of right to grand jury consideration
☐      Information (felony)  ☐ . . . . . Information (misdemeanor) ☐ . . . . . Information (sealed)
☐      Indictment unsealed  ☐ . . . . . Information unsealed      ☐ . . . . . Complaint unsealed
✔      Date of arrest:___06/29/10_____     or  ☐ Rule 5(c)  (dist & case #)_____

✔ . . . Dft       ✔ advised of charges      ✔ advised of maximum penalties   ✔ advised of right to remain silent;

         ✔ advised of right to counsel   ☐ advised of right to Prel. Hrg.   ☐ advised of right to waive Prel. Hrg.

      ☐ . .Waiver of Preliminary Exam/Hearing   ☐ Waiver of Rule 5(c) Hearings   ☐ Advised of Rule 20

☐ . . . . .       Dft first appearance with counsel   ☐ CJA   ☐ RETAINED   ☐ USPD
☐ . . . . .Dft advises the Court that he/she  ☐ has counsel who is_____ or,  ☐ will hire counsel.
☐ . . . . . If dft cannot retain counsel by the next scheduled hrg, the court will appoint counsel.
✔ . . . . . Dft Requests appointed counsel, is sworn & examined re: financial status.
✔ . . . . .Financial affidavit is executed.      The Court finds the defendant  ☐ able  ✔ unable to employ counsel.
✔ . . . . . CJA Panel Attorney  David Barlow_____  Appointed  ☐ U.S. Pub Defender_____  Appointed
☐ . . . . . .Add Attorney _____    Voucher #

---

☐ . . . . . Gvt motion for detention   ☐ . . . . .Gvt m/continue detention hrg.    ☐ . . . . . Order granting m/ continue of detention hrg.
☐ . . . . .Dft bond ☐ set ☐ reset to  $50,000___  ☐ cash ☐ surety ☐ 10 %   ☐ PR   ☐ unsecured
☐ . . . . .Bond continued ☐ previous bond $ _____ type _____ ☐ other case No. _____
☐ . . . . . Order setting conditions of release   ☐ Bond executed, dft released;       ☐ Not executed at this time
☐ . . . . .Dft ordered to answer in prosecuting district   ☐ State Charges   ☐ Commitment to Another District
☐ . . . . . Order of Detention  ✔ Order of Temp Detention Pending Hearing   ☐ Dft remained released on conditions
✔ . . . . . Dft remanded to custody of U.S. Marshal;       ☐ Dft ordered removed to Originating District
☐ Notice of Hearing        ☐ Dft Consented to be detained

☐ . . . Detention Hrg set for_____     ☐ Revocation Hrg set for _____
☐ . . . . . Arraignment set for_____     ☐ Removal Hearing set for _____
☐ . . . . Bond hrg set for _____      ☐ Preliminary Exam set for _____
☐ . . . . Identity Hrg set for_____      ☐ Court finds probable cause  ☐ exists  ☐ does not exist
☐ . . . . Dft Oral Motion _____      ☐ Oral Court Order _____
☐ . . . . . Gvt Oral Motion _____      ☐ Oral Court Order _____

☐ . . . . Dft failed to appear   ☐ Oral order for arrest warrant;   ☐ bond forfeited
☐ . . . . . Exhibit List       ☐ Witness List      ✔ Minutes Filed

☐ . . . . . Attorney advised to file Application for Pro Hac Vice and instructed on procedure.

                    ☐ See reverse/attached for additional proceedings
            ___8:11 pm____   Court Adjourn    Total Court Time __14__ min