| | |
|---|---|
| DATE | CASE NUMBER 07/06/10 |
| LOCATION Beaumont | |
| JUDGE     KEITH F. GIBLIN | USA     Michelle Englade     Assigned |
| DEPUTY CLERK  Kyla Dean | VS     Michelle Englade     Appeared |
| RPTR/ECRO  Tonya Piper | |
| USPO  Ashley Powell /Mark Gofoth | ALDO ALBER MALDANADO-HERRERA |
| INTERPRETER | Defendant |
| COURT BEGINS  9:43 am | DAVID BARLOW |
| | Attorney |

## ARRAIGNMENT

☐ . . . . Consent to Proceed by Video Conference

✔ Hearing held   ☐ Hearing called   ☐ Detention Hearing

✔ Arraignment  ☐ Change of Plea on:  ☐ INFORMATION  ✔ INDICTMENT  ☐ RULE 20
   held on counts  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
   ✔ All counts    other counts _____

☐ Indictment unsealed      ☐ Information
☐ Defendant unsealed       ☐ Information Unsealed
☐ Dft requested Court Appointed Counsel    ☐ Financial Affidavit
☐ U.S. Pub Defender _____ appointed    ☐ CJA Attorney _____ Appointed
✔ Dft appears  ✔ with  ☐ without  counsel;  ☐ Dft appears pro se;  ☐ Counsel appears on behalf of dft.
☐ Dft files Waiver of Indictment    ☐ Dft. advised of right to grand jury consideration
✔ Dft first appearance with counsel  ✔ CJA  ☐ Retained  ☐ U.S. Public Defender  ☐ Add Attorney

✔ . . . Dft    ✔ sworn             ✔ physically/mentally ready        ✔ name verified
              ✔ advised of charges        ✔ advised of maximum penalties     ✔ advised of right to remain silent;
              ✔ advised of right to counsel  ✔ rec'd copy of the charges;       ✔ discussed charges w/ cnsl;
              ✔ charges read              ☐ waived reading of charges;        ✔ No pressure to plead
              ☐ advised of alternate sentencing under Youth Corrections Act;

☐ Consent to trial before U.S. Magistrate Judge    ☐ Consent to proceed via video conference

✔ . . . . Dft enters a plea of:  ✔ not guilty  ☐ guilty  ☐ nolo  ☐ guilty - lesser
   to counts:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12

✔ all counts;  other counts _____

✔ Docket Call / Final Pretrial Order set for  **September 1, 2010 @ 9:00 am**  before Judge  **Clark**

✔ Discovery order entered.  Dft has  30  days or until _____ to file motions not covered by this order;
    Govt has  10  days or until _____ to respond.

☐ Motion filing deadline.  Pretrial motions or change of plea due by _____
☐ Government motion for detention       ☐ Detention Hearing Held
☐ Dft bond  ☐ set  ☐ reset to $ 50,000       ☐ secured by $5,000 cash  ☐ PR  ☐ Unsecured
☐ Bond continued  ☐ in this case  ☐ $ _____ Type: _____ ☐ other case No. _____
☐ Order setting conditions of release  ☐ Bond executed, deft released;  ☐ Conditions/Bond set, NOT executed at this time.
✔ Entered Order of Detention    ☐ Temp Detention Pending Hearing         ☐ Dft remained released on conditions
✔ Dft remanded to custody of U.S. Marshal;      ✔ Dft Consented to be Detained
☐ Dft failed to appear, oral order for arrest warrant;  ☐ bond forfeited
☐ Government Oral motion _____        ☐ Oral Order _____
☐ Defendant Oral motion _____        ☐ Oral Order _____
☐ Gov. Exhibit List        ☐ Gov. Witness List
☐ Deft. Exhibit List       ☐ Deft. Witness List

✔ Minutes Filed              ☐ All orders heretofore set remain in effect.

**CRIM 92-116**  ☐ See reverse/attached for additional proceedings 9:52 am  Adjourn  Total Court Time 9 mins